U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED - ALEXANDRIA

APR 28 2009

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| DAVID L. MOORE<br>B.O.P. #07267-028 | DOCKET NO. 08-CV-1112; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| U.S. DEPT. OF JUSTICE, ET AL | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint be and is hereby **DENIED** and **DISMISSED WITH PREJUDICE** for lack of subject matter jurisdiction under the Federal Tort Claims Act. 28 U.S.C. §1346(b)(1), §2680(c).

THUS DONE AND SIGNED at Alexandria, Louisiana, this 27 day of April, 2009.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE